UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOEL JEANNITE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action 23-cv-11545-IT |
| | * | |
| ISABEL PEREZ, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## ORDER

TALWANI, D.J.

In a September 1, 2023 Order [Doc. No. 4], the Court denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* [Doc. No. 2] and ordered him either to pay the $402 filing fee or to file a renewed motion for leave proceed *in forma pauperis*. The Court gave Plaintiff twenty-one days—until September 22, 2023—to comply with the Order, and the Court stated that failure to comply with the Order could result in dismissal of the action.

Because Plaintiff has neither paid the fee nor filed a renewed *in forma pauperis* motion, this action is hereby DISMISSED without prejudice for failure to pay the to pay the filing fee.

IT IS SO ORDERED.

       /s/ Indira Talwani
      United States District Judge

October 11, 2023